IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| MICROUNITY SYSTEMS ENGINEERING, INC. | § | |
| Vs. | § | CIVIL ACTION NO. 2:05-CV-505 |
| SONY COMPUTER ENTERTAINMENT AMERICA INC. | § | |

## ORDER

After reviewing the submissions and the applicable law, the court grants the plaintiff's second motion for leave to file amended complaint (#52). Defendant's objections to the filing of the amendment are not persuasive. Plaintiff's first motion for leave to file amended complaint (#47) is denied as moot.

SIGNED this 17th day of January, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE