IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MICROUNITY SYSTEMS ENGINEERING, INC., a California corporation, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:05-CV-505 (TJW) |
| SONY COMPUTER ENTERTAINMENT AMERICA INC., a Delaware corporation, | § § § § | JURY |
| Defendant. | § | |

## UNOPPOSED MOTION FOR ENTRY OF COMMISSION ORDER

Upon Motion of Plaintiff, MICROUNITY SYSTEMS ENGINEERING, INC., and pursuant to Article 17 of the United States – Japan Consular Convention, Plaintiff hereby requests the authorization from this Honorable Court to take oral depositions at the United States Consulate in Osaka, Japan, of the following witnesses who will appear voluntarily:

Tsutomu Horikawa          On or about August 13, 2007
Sony Computer Entertainment Inc.
2-6-21 Minami-Aoyama, Minato-ku, Tokyo, Japan

Ryuichi Tojo              On or about August 14, 2007
Sony Computer Entertainment Inc.
2-6-21 Minami-Aoyama, Minato-ku, Tokyo, Japan

Takeshi Kono              On or about August 15, 2007
Sony Computer Entertainment Inc.
2-6-21 Minami-Aoyama, Minato-ku, Tokyo, Japan

Seiichi Ikiuo             On or about August 16, 2007
Polyphony Digital Inc.
1-10-19, Edagawa, Koto-ku, Tokyo, Japan

Hirobumi Asaine           On or about August 16, 2007
Sony Computer Entertainment Inc.
2-6-21 Minami-Aoyama, Minato-ku, Tokyo, Japan

The depositions will commence on or about August 13, 2007 and terminate on or about August 16, 2007. Documents may be marked as exhibits during the course of these depositions.

Counsel and/or representatives for Defendant who may participate in said depositions are Esther H. Lim, E. Robert Yoches, Kenie Ho, Lei Mei, Venkatesh B. Krishnamoorthy, Jennifer Liu, James Y. Leong, Tetsuya Kobayashi, Tomonori Okuwaki, Hiroshi Morita, Yuji Takeuchi, Yoko Iguchi, and Toyu Yazaki; and counsel and/or representatives for Plaintiff who may participate in said depositions are Joseph S. Grinstein, Michael F. Heim, Rich Belgard, Douglas R. Wilson, Max R. Tribble, Jr. and Kathryn P. Hoek.  The proceedings will be reported by Tanya Ward English of American Realtime Court Reporters, Shisa X, Room 803, 4-12-12 Nishi-Tenma, Kita-Ku, Osaka 530-0047.

In light of the facts recited herein, Plaintiff respectfully request entry of the proposed order attached to this Motion.

DATED: July 18, 2007              Respectfully submitted,

/s/ Stephen D. Susman by permission D. Wilson
Stephen D. Susman, Attorney-in-Charge
State Bar No. 1952100
ssusman@susmangodfrey.com
Max L. Tribble, Jr.
State Bar No. 20213950
mtribble@susmangodfrey.com
Joseph S. Grinstein
State Bar No. 24002188
jgrinstein@susmangodfrey.com
Kathryn P Hoek
State Bar No. 219247 (California)
khoek@susmangodfrey.com
Brooke Ashley-May Taylor
State Bar No. 33190 (Washington)
btaylor@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666

Otis W. Carroll, Jr.
fedserv@icklaw.com
IRELAND CARROLL & KELLEY, PC
6101 S Broadway
Suite 500
Tyler, TX 75703
903/561-1600
Fax: 9035811071

Franklin Jones, Jr
State Bar No. 00000055
maizieh@millerfirm.com
JONES & JONES, INC. P.C.
201 W Houston St
PO Drawer 1249
Marshall, TX 75670
(903) 938-4395
Fax: (903) 938-3360

Sidney Calvin Capshaw
State Bar No. 03783900

ccapshaw@mailbmc.com
BROWN MCCARROLL, LLP
1127 Judson Rd – Ste 220
PO Box 3999
Longview, TX 75601-5157
(903) 236-9800
Fax: (903) 236-8787

Michael F. Heim
State Bar No. 09380923
mheim@hpcllp.com
Douglas R. Wilson
Texas State Bar No.: 24037719
dwilson@hpcllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis, Suite 6710
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Attorneys for MICROUNITY SYSTEMS
ENGINEERING, INC.

## CERTIFICATE OF CONFERENCE

Counsel for plaintiff conferred with counsel for defendant during the weeks of July 9 and July 16. The dates and location of the depositions referred to herein are agreed. Moreover, plaintiff provided a copy of this commission order (which is a standard form) to defendant, and the defendant did not object.

      /s/ Douglas Wilson
      Douglas Wilson

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 18th day of July 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

      /s/ Douglas Wilson
      Douglas Wilson